# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois.<br><br>*Defendants*. | Case No. 25-669 |

# FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Per Federal Rule 7.1 and Local Rule 3.2, the American Alliance for Equal Rights certifies that, after diligent review, it has identified no affiliates.

1

## CERTIFICATE OF SERVICE

I, Matt Pociask, hereby certify that on January 21, 2025, I electronically filed the above Federal Rule 7.1 corporate disclosure statement and Local Rule 3.2 notification of affiliates. I further certify that I will serve this filing on Defendants at the following addresses:

- Kwame Raoul: 115 S. LaSalle St. Chicago, IL 60603

- James Bennett: 555 West Monroe Street, Suite 700 Chicago, IL 60661

- Alexi Giannoulias: 213 State Capitol Springfield, IL 62756

Dated: January 21, 2025

Respectfully submitted,

/s/ Matt Pociask
Thomas R. McCarthy*
Cameron T. Norris*
Matt Pociask**
R. Gabriel Anderson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
matt@consovoymccarthy.com
gabe@consovoymccarthy.com

*pro hac vice forthcoming
**Admitted to the Northern District of Illinois

*Counsel for Plaintiff*