**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: AAER v. Bennett                 Case Number: 25-cv-669

An appearance is hereby filed by the undersigned as attorney for:

Defendants: James Bennett, Kwame Raoul and Alexi Giannoulias

Attorney name (type or print): Karyn L. Bass Ehler

Firm: Office of the Attorney General of Illinois

Street address: 115 S. LaSalle Street

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6285713                 Telephone Number: 312-814-3000
(See item 3 in instructions)

Email Address: Karyn.BassEhler@ilag.gov

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you a member of the court's general bar?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

Are you appearing *pro hac vice*?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  February 13, 2025

Attorney signature:  S/ Karyn L. Bass Ehler
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023