# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois,<br><br>*Defendants*. | Case No. 1:25-cv-00669<br><br>Judge Coleman |

## CERTIFICATE OF THE ATTORNEY GENERAL

I, Pamela Bondi, Attorney General of the United States, pursuant to 42 U.S.C. § 2000h-2, hereby certify that the case of *American Alliance for Equal Rights v. Bennett*, No. 1:25-cv-00669 (N.D. Ill.), is a case of general public importance.

Signed this 27th day of February 2025 at Washington, DC.

_____
PAMELA BONDI
Attorney General of the United States