**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff*, <br> and | |
| | Case No. 1:25-cv-00669 |
| UNITED STATES OF AMERICA, <br> *Plaintiff-Intervenor*, <br> v. | Judge Coleman |
| STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois, <br> *Defendants.* | |

**DECLARATION OF R. GABRIEL ANDERSON**

I, R. Gabriel Anderson, declare as follows:

1.　　I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.　　I am an attorney at Consovoy McCarthy PLLC. I am counsel in this case for the American Alliance for Equal Rights.

3.　　I submit this declaration in support of AAER's motion for preliminary judgment. The following materials are attached as exhibits in support of that motion. They are true and accurate copies of websites.

1

4.      Exhibit A is a true and correct copy of an article by Politico, dated June 4, 2024, and titled, "Lawmakers target nonprofit boards." That article can be found here: tinyurl.com/mvc6k3wj.

5.      Exhibit B is a true and correct copy of a press release by Governor Pritzker, dated June 30, 2024, and titled, "Gov. Pritzker Signs LGBTQ+ Affirming Bills in Honor of Pride Month." That press release can be found here: perma.cc/6SFJ-XVVZ.

6.      Exhibit C is a true and correct copy of an article by Joliet Region, titled, "Government Affairs Roundup for 6.5.24." That article can be found here: perma.cc/CM3Z-EMN8.

7.      Exhibit D is a true and correct copy of an article by Politico, dated July 1, 2024, and titled, "Tip-toeing around the debate." That article can be found here: tinyurl.com/y6tj3ubz.

8.      Exhibit E is a true and correct copy of an article by Fox Illinois, dated July 1, 2024, and titled, "Gov. Pritzker Signs LGBTQ+ Affirming Bills in Honor of Pride Month." That article can be found here: bit.ly/4fPRldQ.

9.      Exhibit F is a true and correct copy of an article by 92.7 WMay, dated June 30, 2024, and titled, "As Pride Month ends, Pritzker signs new LGBTQ+ bills." That article can be found here: perma.cc/9N7P-WM5C.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 1, 2025

/s/

Attorney for Plaintiff

# Exhibit A



# POLITICO

## Illinois Playbook

Shia Kapos' must-read rundown of political news in the Land of Lincoln

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

* All fields must be completed to subscribe.

SIGN UP

---

## Lawmakers target nonprofit boards

By **SHIA KAPOS** | 06/04/2024 08:08 AM EDT

Presented by 

---

**Good Tuesday morning, Illinois**. Election Day is five months from today.

TOP TALKER

**FIRST IN PLAYBOOK:** Illinois is poised to become the first state to spotlight the diversity of nonprofit organization boards, according to proponents of the idea.

**Gov. JB Pritzker supports** <u>Senate Bill 2930</u>, just passed by the General Assembly, which calls for Illinois-based nonprofit organizations that distribute $1 million or more to charitable groups to report their board make-up — race, gender and sexual orientation — on their web sites each year.

**The goal is to nudge foundations** and big nonprofits to diversify their boards, said state Sen. **Adriane Johnson** who carried the bill along with state Rep. **Edgar Gonzalez Jr.**

**"We are taking vital steps** to support diversity and inclusion in the nonprofit sector," Johnson told Playbook. "We are creating these spaces where people can show up as their true, unassimilated and authentic selves."

**It's not just about board members** being their authentic selves. It's about constituents also feeling like the nonprofit board represents their community, according to Equality Illinois, which advocates for LGBTQ rights.

**The take-away:** "It's important that foundations are reflective of the communities they serve. With this bill, grantees, community groups and community leaders can see how diverse the boards of directors of foundations are and proactively work with foundations to ensure that their leadership reflects the communities," Equality Illinois CEO **Brian Johnson** told Playbook.

**The measure echoes a recently enacted law** that requires Illinois-based companies to list their corporate-board makeup based on sexual orientation, race or ethnicity. The data is similarly compiled, and a report is issued

THE BUZZ

**"SAUSAGE-MAKING":** That's how Illinois House Speaker **Emanuel "Chris" Welch** described the last-minute scramble to pass the budget that's now on Gov. **JB Pritzker**'s desk.

**Get used to it,** Welch told WTTW's **Amanda Vinicky** on Monday. "This was a tough budget year. And next year is going to be another tough budget year," Welch said. "We've been fiscally responsible and compassionate. Every year presents a new challenge. And I believe we're going to be able to tackle next year's challenges as well."

**Also new**: Regarding public funding for sports stadiums, Welch said: "The last thing (people) want us to be talking about is stadiums for sports teams."

**Here's the full interview starting at 5 minutes.**

---

A message from Instagram:

**Instagram Teen Accounts: automatic protections for teens**

Parents want safer online experiences for their teens. That's why Instagram is introducing Teen Accounts, with automatic protections for who can contact teens and the content they can see.

A key factor: Only parents can approve safety setting changes for teens under 16.

Learn more.

---

### WHERE'S JB

At the Hilton Chicago at 11:45 a.m. to give remarks at the Chicagoland Chamber of Commerce annual meeting — At Olivet Nazarene University at 2 p.m. to give remarks at the Illinois National Guard Deployment Ceremony.

### WHERE'S BRANDON

At the Hilton Chicago at 11:35 a.m. — At the Young Men's Educational Network at 3 p.m. for the Youth Micro-Grant Program announcement — At Gage Park at 4 p.m. for a reopening celebration.

### WHERE'S TONI

At Daley Plaza at 12:30 p.m. to give remarks at the Forest Preserves' Live Healthy, Discover Nature event.

*Have a tip, suggestion, birthday, new job or (heaven forbid) a complaint? Email* **skapos@politico.com**

---

*Policy moves fast—stay ahead with POLITICO's Policy Intelligence Assistant. Effortlessly search POLITICO's archive of 1M+ news articles, analysis documents, and legislative text. Track legislation, showcase your impact, and generate custom reports in seconds. Designed for POLITICO Pro subscribers, this tool helps you make faster, smarter decisions. Start exploring now.*

---

### CONVENTION ZONE

**— YES, CHEF!:** The Democratic National Convention headquarter offices are located in Chicago's West Loop, which has been familiar territory for actors in "The Bear" TV show. It's become a game to spot them, via POLITICO's West Wing Playbook.

**— Churches near United Center left praying for guidance during Democratic Convention,** by CBS 2's Lauren Victory

**— In Milwaukee: Volunteers still needed for the Republican Convention. Recruitment deadline is Wednesday,** via Fox 6 Now

### BUSINESS OF POLITICS

**— STUMPING FOR BIDEN**: Gov. **JB Pritzker** appeared on MSNBC's "Inside with Jen Psaki" to talk about how the presidential campaign might play out following last week's guilty verdicts against Donald Trump.

**Hitting at Trump:** "The campaign from now until November needs to be a reminder of who these two people are," said Pritzker, pointing to President Joe Biden "who's trying to make progress … and a convicted felon running against him who's trying to make bail."

**Earlier in the day,** Pritzker joined Massachusetts Gov. **Maura Healey** in a virtual press event to urge the U.S. Senate to pass legislation that would guarantee the legal right to use contraception and allow health care providers to supply it. WTTW's Bridgette Fox has more details.

— **Asian Americans working to translate growing numbers in Chicago into political power:** "We're a city that can elect an Asian-American woman to a ward that has been known for its racism," Johnson declared recently. It was "a reference to the 11th Ward, now home to both Chinatown and Bridgeport," by the Tribune's Alice Yin.

### 2024 WATCH

— **Fundraiser:** Illinois House Speaker **Emanuel Chris Welch** headlines a fundraiser for state Rep. **Kam Buckner** at Joy District Rooftop. Details here

— **Endorsement: Cindy Cronin Cahill** has been endorsed by three unions — the DuPage County Building Trades, IBEW Local 701 and Local 68 — in her reelection bid for DuPage County Board District 1.

### THE STATEWIDES

— **Former Illinois youth detainees allege widespread abuse, call for reform:** "Two complaints brought by dozens of plaintiffs — one by male detainees and another by females — accuse the Illinois Department of Correction and Illinois Department of Juvenile Justice of failing to protect vulnerable young people against known sexual abuse at the hands of state employees," by the Tribune's Madeline Buckley.

— **As locksmith license requirements set to expire, will Illinois become the 'wild west' some critics fear?** "Illinois is currently one of only 13 states that require locksmiths to be licensed and is one of the strictest states when it comes to licensing requirements, according to Bill Gibson, executive director at Associated Locksmiths of America," by DePaul's Center for Journalism Integrity and Excellence and Carol Marin.

— **Bill aimed at assisting public defenders falls short this spring, backers say they'll try again in fall,** by the Tribune's Jeremy Gorner

— **New study finds Illinois among worst states for pay gaps between men and women,** by State Journal Register's Claire Grant

---

A message from Instagram:



---

— **City Council examines mayor's plans to quickly spend Covid relief money:** "Mayor Brandon Johnson was questioned on his long term plans for a guaranteed income program that relies on expiring federal funds," by WBEZ's Tessa Weinberg.

— **Sidewalk snow removal pilot sparks intense debate among Chicago lawmakers:** "The program would target four 1.5-square mile areas in the city to have city crews remove snow and ice from sidewalks," by NBC 5's Mary Ann Ahern.

— **Three World War II veterans fly from O'Hare to France to celebrate 80th anniversary of D-Day,** by ABC 7's Craig Wall

### COOK COUNTY AND COLLARS

— DOLTON DRAMA: **Dolton trustees override Henyard's veto of Lightfoot investigation:** "The meeting devolved into chaos and police eventually threatened to jail anyone who failed to clear the room," by WGN 9's Jenna Barnes, Gabriel Castillo and Andrea Medina.

**Statement from former Chicago Mayor Lori Lightfoot**

**Scenes from the crowd, via Fox 32's Paris Schutz**

— **Suburbs face new dilemma with fate of grocery tax in their hands:** "The Illinois legislature's decision to eliminate the state's 1 percent grocery tax, but allow cities and villages to replace it with a 1 percent tax of their own, is receiving mixed reviews from suburban leaders," by the Daily Herald's Eric Peterson.

— **Cannabis dispensary with 1950s diner theme to open in Niles,** by Pioneer Press' Richard Requena

— **Juneteenth now celebrated for entire month of June in Cook County,** by the Sun-Times' Kaitlin Washburn

### HIGHER-ED

— **Are We Doomed? Univeristy of Chicago students sort through the future they will inherit:** "Climate change, artificial intelligence, nuclear annihilation, biological warfare—the field of existential risk is a way to reason through the dizzying, terrifying headlines," by The New Yorker's Rivka Galchen.

— **College graduates are concerned pro-Palestinian activism could deter future employers,** by the Tribune's Zareen Syed

### ...SWAMP THINGS...

— **Burbank man accused of wielding wasp spray at Jan. 6 Capitol riot pleads guilty:** "The FBI arrested William Lewis in November, making him one of nearly 50 known Illinois residents to face federal criminal charges in connection with the attack," by the Sun-Times' Jon Seidel.

### READER DIGEST

**We asked where you like to work remotely:**

**Vince Brandys**: Glen Flora Country Club in Libertyville.

**Becky Carroll:** "M2 Cafe in the West Loop - women and LGBTQ+ owned, great food and easy vibe for getting work done."

**Timothy Thomas Jr.**: Union League Club of Chicago.

**NEXT QUESTION:** *What's your favorite team rival match-up? Email skapos@politico.com*

### MEDIA MATTERS

— **Insurance company pays WTVP $250K for damages:** "Cincinnati Insurance paid the maximum amount allowed under the [PBS-member] station's insurance policy. John Wieland, chairman of the WTVP Board of Directors, said the payout was validation of concerns about questionable spending that has caused turmoil at the station since last year," by the Peoria Journal Star's JJ Bullock.

### THE NATIONAL TAKE

— **Border mayors, Democratic allies to join Biden as he announces asylum limits,** by Myah Ward and Jennifer Haberkorn

— **Anthony Fauci defends his Covid response, distances himself from adviser accused of misconduct,** by POLITICO's Carmen Paun

— **Why did Donald Trump win the working class? Blame yuppies,** by Tom McGrath for POLITICO

— **Multiple Trump witnesses have received significant financial benefits from his businesses and campaign,** by ProPublica's y Robert Faturechi, Justin Elliott and Alex Mierjesk

— **Could Trump be forced to govern from a prison cell? Don't count on it,** by POLITICO's Josh Gerstein

---

A message from Instagram:

**Instagram Teen Accounts: a protected experience for teens, guided by parents**

Instagram Teen Accounts are designed to address parents' biggest concerns, providing automatic protections for who can contact their teens and the content they can see.

The impact: Built-in limits give parents more peace of mind when it comes to protecting their teens.

Learn more.

---

### TRANSITIONS

— **Peter Sullivan** has been re-elected chair of Hinshaw & Culbertson. It's a position he's held since 2019.

### TRIVIA

**MONDAY's ANSWER:** Congrats to **William Kresse** for correctly answering that the Chicago Sting won the North American Soccer League (NASL) championship game in 1981 and 1984 both hosted in Toronto, Ontario.

**TODAY's QUESTION:** *What Chicago landmark is named for the child of an attorney who was instrumental in getting Al Capone convicted of tax evasion?*

### HAPPY BIRTHDAY

Retired water commissioner **Frank Avila**, attorney **Kevin Fanning**, Good Realty Group President **Sheldon Good** and PR pro **Lynda O'Connor.**

-30-

---

# Follow us on Twitter

 **Shia Kapos @shiakapos**

---

# Subscribe to the POLITICO Playbook family

Playbook | Playbook PM | California Playbook | Florida Playbook | Illinois Playbook | Massachusetts Playbook | New Jersey Playbook | New York Playbook | Ottawa Playbook | Brussels Playbook | London Playbook

**View all our political and policy newsletters**

**FOLLOW US**

   



About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

---

© 2025 POLITICO LLC

Exhibit B



Search          Contact us

Press Releases     Statements     Personnel Releases     Bill Actions     DPS

Personnel Releases

# Gov. Pritzker Signs LGBTQ+ Affirming Bills in Honor of Pride Month

JUNE 30, 2024



**Office of the Governor
JB Pritzker**

*FOR IMMEDIATE RELEASE:* *Sunday, June 30, 2024*          *CONTACT:* *Gov.Press@illinois.gov*

**Chicago—**Governor JB Pritzker today signed SB2930 and HB5507 in advance of the 2024 Chicago Pride Parade. SB2930 requires nonprofits to publicly report the aggregated demographic information about their boards of directors to encourage nonprofits to reflect the diversity of the communities they support. HB5507 removes barriers to the process of changing legal gender on a birth certificate for Illinois residents born in other states.

"Here in Illinois, we reject hate, bigotry, and discrimination and embrace the ethos of Pride through not only our laws but through our actions and shared values," **said Governor JB Pritzker.** "These bills expand on my administration's work to better serve the LGBTQ+ community of Illinois, and I'm honored to sign them during this historic month of celebration and remembrance



Unlike Illinois, many other states require a court order to change one's legal gender marker on a birth certificate, creating a significant barrier to access for transgender individuals seeking to affirm their gender identity. HB5507 clarifies that Illinois judges have the authority to issue documentation to support those gender marker corrections, allowing Illinois residents to access this change without the expense of returning to their state of origin.

In Illinois, certain private companies and boards and commissions are already required to report aggregated demographic data about their boards of directors. SB2930 expands that requirement to include the leadership boards of nonprofits that report $1 million or more in annual grants. These statistics, available for at least three years on an organization's website, are intended to assess each nonprofit's leadership strengths and opportunities for growth and to implement strategies to recruit qualified individuals from diverse communities for board service.

Governor Pritzker's administration has prioritized LGBTQ+ rights since day one of his first term. Governor Pritzker mandated that gender-affirming care be covered by Illinois insurers, while also signing a shield law protecting individuals in Illinois from foreign subpoenas, summons, or extraditions related to lawful reproductive or gender affirming care in Illinois. Governor Pritzker also signed an executive order in 2019 to ensure schools have tools to affirm and include transgender, nonbinary, and gender nonconforming students and signed a law mandating that the contributions of LGBTQ+ Americans be taught in the classroom.

The Governor has also been a leader in Illinois' fight against HIV/AIDS, including:

- Allowing pharmacists to dispense both pre- and post-exposure prophylaxis drugs (PrEP and PEP) without a prior referral from a doctor.
- Ensuring funding from the African American HIV/AIDS Response Fund will support research centers and resources hubs led by representative members of the community.
- Introducing the Getting to Zero Plan and Getting to Zero 2.0, state-wide initiatives to end the HIV epidemic in the state by 2030.
- Repealing an HIV criminalization law.

"It is crucial for diversity and inclusion to be embraced within the non-profit sector, as many of these organizations serve diverse communities," **said Sen. Adriane Johnson (D-Buffalo Grove).** "Inclusive leadership positions of nonprofits will enhance the organization's overall mission."

"Illinoisans of all gender identities and backgrounds deserve a safe, accessible pathway to maintaining updated documentation. By allowing residents to petition for updates to their

birth certificates from another jurisdiction, this inclusive legislation ensures that all Illinoisans have accurate and recognized documentation, which is essential for many legal and identity purposes," **said Rep. Kevin Olickal (D-Skokie).** "House Bill 5507 is a critical step forward in ensuring Illinois remains a haven for all LGBTQ+ individuals, especially as neighboring states continue to pass daily regressive policy that intentionally harms the LGBTQ+ community."

"This measure is a step forward for equity for Illinois' nonprofit organizations," **said Rep. Edgar Gonzalez (D-Chicago).** "The diverse range of communities nonprofits serve should be handled by a diverse range of people, and promoting that will only improve the quality of assistance offered."

"Making Illinois a safe space for our LGBTQ+ community continues to be a top priority," **said Sen. Ram Villivalam (D-Chicago).** "This law will make it easier for those seeking changes on important documents, such as birth certificates, to reflect who they are."

"In a year when more than 500 anti-LGBTQ+ bills have been proposed by anti-equality, anti-family politicians in state capitols across the country, Illinois once again demonstrates, with Gov. Pritzker's approval of SB 2930 and HB 5507, that she is a national leader in welcoming and affirming LGBTQ+ people," said **Brian C. Johnson, CEO of Equality Illinois**. "Thank you to Gov. Pritzker, Sen. Johnson, Rep. Gonzalez, Sen. Villivalam, and Rep. Olickal for their leadership. We are especially grateful to our many LGBTQ+ and allied community partners from across the state who advocated for these bills and who work daily to hold the State of Illinois true to her values of equality, fairness, justice, and human dignity. With all of us working together and with more work to do, we will continue to keep Illinois moving forward for LGBTQ+ justice."

"At TJLP we assist over 500 Illinois residents every year with name and gender marker changes and have been met with a repeated barrier to assisting our clients if they were born in states that have hostile laws for amending birth certificates," said **Avi Rudnick, Director of Legal Services at the Transformative Justice Law Project of Illinois (TJLP)**. "HB5507 will help our clients seek a gender marker change order from Illinois judges to satisfy states that have enacted harsh and demeaning laws. While we believe that gender markers should not exist on government documentation, we believe that under current laws everyone should be able to self-determine their gender identity. HB5507 moves us in that direction and increases the privacy and safety of transgender people by removing barriers to acquiring matching identity documents."

###

# **Contact us**

## IL State Police

✉ **ISP.PIO.Personnel...**

## IL Department of Transportation

✉ **dot.ooc@illinois.g...**

🌐 **illinois-departme...**

## IL Department of Commerce and Economic Opportunity

✉ **DCEO.Media@illi...**

🌐 **illinois-departme...**

## IL Department of Human Services

✉ **DHS.Press@illinoi...**

🌐 **idhs.prezly.com**

## IL Department of Information Technology

✉ **DoIT.PIO@illinois...**

## IL Central Management Services

✉ **cms.iisnews@illin...**

🌐 **illinois-departme...**

## IL Office of the Governor



✉ **gov.press@illinois...**

🌐 **gov-pritzker-news...**

# Get updates in your mailbox



Your email address

Subscribe

By clicking "Subscribe" I confirm I have read and agree to the Privacy Policy.

## About The State of Illinois Newsroom

To stay updated on Governor Pritzker's most recent press conferences, please visit the Governor's Twitter page @GovPritzker or the Governor's Facebook page @GovPritzker for the latest livestreams. Downloadable video footage of press conferences can also be accessed at the following link: https://cms.illinois.gov/agency/media/video/videos.html

## Contact

gov.press@illinois.gov

gov.illinois.gov

Exhibit C



# Government Affairs Roundup for 6.5.24

**Government Affairs Roundup**

**"Your Timely Roundup of Local, State, and Federal Updates"**

Chamber members:

We're a week removed from the wrap up of the spring session in Illinois. Last week's roundup provided a full recap of the state budget passage. All in all, more than 466 cleared both chambers of the General Assembly this session with 287 of them passing in the final two weeks.

Here is the Governor Pritzker's budget statement – **https://www.politico.com/f/?id=0000018f-c6fe-dd78-a59f-c6fecacd0000&nname=illinois-playbook&nid=00000150-1596-d4ac-a1d4-179e288b0000&nrid=0000015b-c463-d378-a1df-fefbeeb30000&nlid=639163**



*\*Government Affairs Roundup brought to you by CITGO\**

**Joliet Moving Forward on Comprehensive Plan**

The City of Joliet is embarking on a significant spending endeavor to develop a comprehensive plan, with a proposed budget of $581,000. City planner Jayne Bernhard has revealed the plan, which entails hiring the Chicago-based company Lamar Johnson Collaborative.

The Lamar Johnson Collaborative proposes a project comprising five phases spread over 18 to 24 months, with each phase involving public engagement activities and associated deliverables. Here's a breakdown of the phases:

Phase 1: Evaluate (includes project kick-off, data collection, and analysis)

Phase 2: Investigate (includes key person interviews and community visioning)

Phase 3: Enhance (includes workshops on key topic areas)

Phase 4: Empower (includes drafting the plan and preparing subarea plans)

Phase 5: Examine (includes preparing an implementation plan and presenting the final plan)

The project fee proposed by Lamar Johnson Collaborative is $564,250, covering extensive public engagement and preparation of the plan. Additionally, they suggest budgeting an extra $15,000 to $17,000 to cover direct costs and additional expenses, totaling the estimated project cost to $581,000.

To fund this initiative, Joliet plans to allocate resources across three fiscal years, with the Community Development Department having sufficient funds in its 2024 budget for the first year. Bernhard clarified that the project's procurement process began more than 18 months ago, with six qualifications received from various firms.

Following a committee meeting, Joliet's media relations director, Rosemaria DiBenedetto, disclosed plans to engage a second company, Urban3, for a specialized economic analysis. This analysis aims to evaluate the impact of development on the city's finances and infrastructure, aiding policy decisions on future developments. Urban3's fee proposal for the Economic Analysis is $138,768, partly expected to be covered by a $75,000 grant from the Joliet Arsenal Development Authority.

**Illinois Chamber of Commerce Statement on the Final Bill of the Spring 2024 Legislative Session**

The Spring Legislative session offered many opportunities to advocate for our dynamic and diverse membership base. We appreciated the opportunity to collaborate with legislators on both sides of the aisle and secure meaningful policy wins in the final days of the legislative session.

The Chamber has significant concerns about the revenue bill (HB4951) that passed in that it will ultimately be balanced on the backs of the taxpayers and businesses of Illinois. With an increase of more than $1B in revenue without commensurate cuts, it poses substantial problems moving forward with ARPA funds expiring in 2025 and pending transportation funding gaps going unaddressed. Representative Fred Crespo (D- Hoffman Estates) said it best during the debate on HB4951: "There's really only one place that you can look at getting these revenues, and that is taxpayers."

We would like to extend a special thank you to Senator Don DeWitte (R- St. Charles) and Keith Staats of the Chamber Tax Institute for their multi-year effort to get a long overdue legislative

update changing the sales taxation of leasing from an upfront tax on the acquisition cost of the
leased property paid by the lessor to a tax on the rental charges paid by a lessee. Illinois will now
be in line with the rest of the country in how these leases are treated by IDOR.

"The Illinois Chamber remains committed to creating a pro-growth, pro-business, and pro-Illinois
environment for existing businesses in the state as well as for businesses that we seek to attract,"
said Lou Sandoval, Illinois Chamber President and CEO. "Growing our revenue base is a
worthwhile effort, however, growth efforts will be for naught unless we apply fiscal balance and
retain opportunities to help existing businesses grow. We look forward to being part of that
conversation."

**Budget Allows Illinois Residents to Claim a Bigger State Tax Credit**
Illinois residents can expect a larger state tax credit next year under the new budget. A tax credit,
quietly reduced by lawmakers last year, is set to become more generous in the new state budget
that has been approved by the legislature and awaits Governor JB Pritzker's signature.

Known as the standard exemption, this tax credit had been increasing annually since 2011 to keep
pace with inflation, thanks to an initiative introduced by former Democratic Gov. Pat Quinn.
However, lawmakers decoupled the exemption from inflation following a significant rise in the
consumer price index, spurred by COVID-19-related supply chain issues.

The Fiscal 2025 budget, which the Illinois House approved early last Wednesday, includes
provisions to once again link the standard exemption to inflation. This change will increase the
exemption individuals can claim for the 2024 tax year from $2,425 to $2,775, resulting in over $69
in tax savings for a family of four.

This adjustment is estimated to cost $172 million, nearly double the cost of a smaller increase
proposed by Pritzker in his Fiscal 2025 budget plan last February. The governor had suggested
raising the exemption to $2,550 for the 2024 tax year at a cost of $93 million, but lawmakers opted
for a more substantial increase.

A top aide indicated that the governor supports a larger boost to the tax credit. "The budget is
balanced, and there were other revenue proposals the General Assembly included in the final
budget, along with a revenue revision upward that occurred after he proposed his budget in
February," said Pritzker spokeswoman Jordan Abudayyeh.

Since 2011, under Quinn's tax law change, the standard exemption rose with inflation, from a
$2,000 deduction in 2011 to $2,425 in 2022. If it had continued to follow inflation, the 2023

standard deduction would have been $2,625, reflecting the 8% increase in the consumer price index in 2022, the highest inflation rate since 1981.

Last year, Pritzker and the Democrats decided to maintain the $2,425 amount for the 2023 tax year, redirecting $114 million elsewhere in the budget. The inflation adjustment was set to resume for the 2024 tax year and continue through 2028.

Earlier this year, Quinn raised concerns when the standard exemption freeze was discovered in the state budget. "I'm very glad for all the taxpayers of Illinois," Quinn said. "Eleven million benefit every year from the personal exemption amount, which is a tax-relief measure for everyday families that's protected and indexed to inflation and the cost of living. Everybody knows we've had a tough time with inflation over the last few years.

"For the state not to index the personal exemption amount to inflation and the cost of living was really taking money out of the pockets of everyday people," he added.

Quinn emphasized the importance of a fair tax system for everyday families. "I think Gov. Pritzker and the legislature should realize that a fair tax system is one that is fair to everyday people raising children, and that's really what this tax relief is all about," he said.

**Invest in Kids Omission**

As reported last week, the $53.1 billion Illinois spending plan is the most expensive taxpayer-funded state budget in Illinois history, marking a 32% increase from the state's spending in 2019. This measure includes tax credits for music, live theater, the electric vehicle industry, donations to endowments, and more.

One topic that received a lot of attention last session, going all the way until the veto session, was the expiration of the Invest in Kids program. Many looked at the program as one that ensured our children who are in underperforming schools have an opportunity to get a scholarship to a school that will better prepare them for the future.

Governor Pritzker blamed the legislature for not reauthorizing the Invest in Kids program but criticized the original measure. "If you're going to have a tax credit like that, we ought to let the federal government cover much of the cost of it, which we weren't doing," Pritzker said.

The program was allowed to sunset last year, but before it ended, tens of thousands of families benefited from the opportunity. It will remain to be seen if talks are revived in the future.

**State Identification Goes Mobile**

Residents would be able to keep digital versions of their driver's licenses and other state IDs on

their cellphones under legislation promoted by Secretary of State Alexi Giannoulias.

"Whether it's offering more services online, reducing wait times at DMVs, or introducing products like digital driver's licenses, we want to leverage new secure technology to better serve our customers," Giannoulias said in an interview shortly before the Senate passed the measure with a unanimous 58-0 vote last week. The House also passed it without opposition.

Eligibility for a mobile identification card would mirror that of the physical credential and would likely be accessible through an app, Giannoulias explained. According to the bill, the app needed to display the digital license or ID on a phone would cost consumers no more than $6.

While the mobile ID would be acceptable in most situations, the legislation mandates that individuals show law enforcement the physical copy of their driver's license or regular ID upon request.

The American Civil Liberties Union (ACLU) of Illinois voiced opposition, raising privacy and security concerns. ACLU spokesman Ed Yohnka criticized the bill for not providing protection against deeper phone searches by law enforcement.

"We would have liked some additional specific statutory language that would create a consequence if law enforcement used the mobile ID as a pretext to access someone's phone, in violation of the usual protections around unlawful search and seizure," Yohnka said.

Yohnka also highlighted other concerns, including potential discrimination by businesses over customer use of one form of ID over the other and safety issues regarding the collection and storage of mobile ID information.

Giannoulias emphasized that having a mobile ID will remain optional for residents and suggested that this option could enhance privacy since people could choose to share only the information necessary for their transaction.

"Digital IDs offer privacy control options that allow people to verify their age when legally purchasing alcohol, cannabis, or renting a car, and it also allows us to do this while hiding other personal information like their address if they wish," Giannoulias said.

If Governor Pritzker signs the bill, Giannoulias' office will need to finalize the details of how mobile IDs will be implemented and enforced. Giannoulias stated that he does not have a timeline for when they will become available to the public.

"We know that people in Illinois want this," Giannoulias said.

**Medical Debt Erasure**

Lawmakers have approved a major initiative by Governor Pritzker aimed at eliminating up to $1 billion in medical debt for over 300,000 Illinois families. This effort follows a similar program in Cook County that, as of last year, was on track to clear medical bills for approximately 73,000 residents.

"Many walk away with unexpected pain" after receiving medical care, Pritzker said at an event promoting the initiative in April. "Not only the emotional and physical toll of the crisis they've been through but a serious financial toll as well."

The state legislation will partner with the nonprofit organization Undue Medical Debt, allocating $10 million to buy and erase medical debt.

Medical debt disproportionately affects people of color, noted Department of Healthcare and Family Services Director Lizzie Whitehorn at the April event. She added that it can also cause people to reconsider seeking future medical care.

However, a study released earlier this year, conducted in partnership with the same debt relief nonprofit (formerly known as RIP Medical Debt), found that eliminating medical debt did not improve recipients' financial distress or mental health.

Pritzker acknowledged the study but pointed out that it was conducted from 2018 to 2020 and emphasized that the organization has changed significantly since then.

**Nonprofit Board Diversity Mandate**

Illinois is on the verge of becoming the first state to emphasize the diversity of nonprofit organization boards, according to proponents of the initiative.

Governor JB Pritzker backs Senate Bill 2930, recently approved by the General Assembly, which mandates that Illinois-based nonprofit organizations distributing $1 million or more to charitable groups disclose their board composition—by race, gender, and sexual orientation—on their websites annually.

The aim is to encourage foundations and major nonprofits to diversify their boards, explained State Senator Adriane Johnson, who sponsored the bill alongside State Representative Edgar Gonzalez Jr.

"We are taking crucial steps to promote diversity and inclusion within the nonprofit sector," Johnson shared with Playbook. "We are creating spaces where individuals can embrace their true, unfiltered, and authentic selves."

This initiative isn't solely about board members embracing authenticity; it's also about

constituents feeling represented by nonprofit boards, noted Equality Illinois, an advocate for LGBTQ rights.

The bottom line: "It's essential for foundations to mirror the communities they serve. With this legislation, grantees, community organizations, and leaders can assess the diversity of foundation boards of directors and collaborate with them to ensure that their leadership aligns with community demographics," stated Equality Illinois CEO Brian Johnson to Playbook.

This measure mirrors a recently enacted law requiring Illinois-based companies to disclose their corporate board makeup based on sexual orientation, race, or ethnicity. Similar data collection and reporting mechanisms will be employed.

**Recurring Business:**

**Verizon Small Business Digital Ready (VSBDR) program**

The Verizon Small Business Digital Ready (VSBDR) program aims to equip small businesses with the tools they need to thrive in the digital age. Through a grant program available until June 28, 2024, entrepreneurs can access a wealth of educational resources, including personalized learning modules and expert coaching on various business aspects such as legal matters and marketing strategies. To qualify for grant funding, participants must complete two courses, coaching events, or community events by the deadline. Additionally, joining the program unlocks access to a range of tools, solutions, and networking opportunities to support business growth and foster connections within the small business community.

**Learn more about the Verizon Small Business Digital Ready (VSBDR) program HERE.**

Stay well,

Mike Paone

Executive Vice President

Joliet Region Chamber of Commerce & Industry

mpaone@jolietchamber.com

815.727.5371 main

815.727.5373 direct

## JOLIET REGION CHAMBER OF COMMERCE & INDUSTRY

   

116 North Chicago Street, Suite 110

Joliet, IL 60432

**Ph:** 815-727-5371

info@jolietchamber.com

## MEMBERS

- Join
- Why Join?
- Member Directory
- Members Login
- Careers
- (815) 727-5371

## CHAMBER NEWS

- Government Affairs Roundup for 3.19.25
- Government Affairs Roundup for 3.12.25
- Government Affairs Roundup for 3.5.25
- Government Affairs Roundup for 2.26.25
- Government Affairs Roundup for 2.19.25

Design by: MoatzArt - Graphic Design & Web Development

Exhibit D



# POLITICO



## Illinois Playbook

Shia Kapos' must-read rundown of political news in the Land of Lincoln

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

* All fields must be completed to subscribe.

SIGN UP

---

## Tip-toeing around the debate

By **SHIA KAPOS** | 07/01/2024 08:11 AM EDT

Presented by 

**Happy July, Illinois**. It's my six-year anniversary at POLITICO. Thanks for the fun!

**TOP TALKER**

**THE CHATTER:** Congressman **Jesus "Chuy" Garcia** says he shares the concerns of Beltway Democrats wanting President **Joe Biden** to step aside after his poor showing at last week's debate. But Illinois Gov. **JB Pritzker** is keeping (mostly) quiet.

**The debate was "a tough 90 minutes to watch,"** Garcia said during a reception ahead of Chicago's Pride parade, The Chicago progressive Democrat said Biden "has a very important decision to make over the next few days about whether he can continue and complete the campaign and, of course, lead the country forward."

**The replacements:** "It's too early to talk" about who might step up for Biden, Garcia said. Though he noted there's a "solid banner" of Democrats who could, "including our very own governor."

**Pritzker's view:** At the same event, the governor dodged a question about whether Biden should stay in the race. Instead, he called Donald Trump "a convicted felon, an adjudicated rapist [and] a congenital liar" and compared him to Biden, who "genuinely wears empathy on his sleeve" and "cares deeply about the American people, so the contrast could not be greater. I think Joe Biden running against Donald Trump, there's no question what the choice is."

**The take-away:** The governor is one of the notable names popping up as someone who could pick up the mantle should Biden step aside, so Pritzker is sticking to a script of supporting Biden.

**As POLITICO's Jonathan Martin points out**: Any criticism from a governor who speaks up about their concerns over Biden's "debilitated candidacy" could be "construed by the president and his defenders as an act of self-interested treachery."

**The Illinois factor:** The debate outcome doesn't matter much in a blue state that will back whoever the Democratic candidate is. That doesn't mean people aren't talking. Nearly two dozen Illinois Democratic elected officials, donors and political consultants weighed in over the weekend about the post-debate drama. They all acknowledged Biden had a bad night.

**"Listen, Joe Biden is old and has a stutter,"** said Illinois House Speaker **Emanuel "Chris" Welch**. "But I gotta tell you, his record speaks for itself. It's not even close who the next president should be."

**"He's been a great president,** and I'm not going to say that after debating a liar for 90 minutes that he shouldn't be president," said Congresswoman **Robin Kelly**.

**Some Democrats worry** the debate debacle could hurt Biden in swing states. Others are angry that the media zeroed in on Biden's performance in spite of Trump maligning facts. "It's a double-standard," said one political consultant. "It's ridiculous," said another insider.

**The donor factor: John Atkinson**, a donor and delegate to the Democratic National Convention, responded to the debate by doubling down and making another donation. **Bob Clark**, who recently <u>hosted a fundraiser for Biden in Chicago</u>, said Democrats "shouldn't get distracted" in trying to defeat Trump.

**And Bruce Heyman**, who served as ambassador to Canada during the Obama administration, said he doesn't expect the debate to hurt fundraising. "I'm sure that there are some people that get impacted by various things. But people who are supporting Joe Biden are doing so with a much bigger picture in mind. They're thinking about the things that impact society and impact democracy and impact the world in which we live," he said. "And I just don't see that changing."

**RELATED**

**Biden's family privately criticizes top advisers and pushes for their ouster at Camp David meeting,** by POLITICO's Jonathan Lemire and Lauren Egan

**Democrats fear replacement scenarios as much as keeping Biden,** by CNN's Edward-Isaac Dovere

**Behind the 'last firewall': Hill Democrats scramble to save themselves,** by POLITICO's Rachael Bade

**THE BUZZ**

**Before he marched in the Chicago Pride Parade on Sunday,** Gov. **JB Pritzke**r signed two pieces of legislation that promote LGBTQ+ rights in Illinois.

**SB2930 requires nonprofits to publicly report** the aggregated demographic information about their boards of directors. "It will help ensure that nonprofit boards better reflect the populations they serve," said Pritzker before signing the bill during a pre-Pride parade event at the Fat Cat Bar in Chicago. <u>We wrote about the bill here.</u>

**And HB5507 removes barriers** to the process of changing legal gender on a birth certificate. It ensures "the state will recognize all people for who they are," Pritzker said.

**RELATED**

**Pride Parade 2024 welcomes massive crowds in first year of shortened route,** by the Block Club's Rafael Perez and Colin Boyle

---

*Policy moves fast—stay ahead with POLITICO's Policy Intelligence Assistant. Effortlessly search POLITICO's archive of 1M+ news articles, analysis documents, and legislative text. Track legislation, showcase your impact, and generate custom reports in seconds. Designed for POLITICO Pro subscribers, this tool helps you make faster, smarter decisions. Start exploring now.*

---

### WHERE'S JB

No official public events.

### WHERE'S BRANDON

No official public events.

### WHERE'S TONI

No official public events.

*Have a tip, suggestion, birthday, new job or (heaven forbid) a complaint? Email* **skapos@politico.com**

### CONVENTION ZONE

— **COUNTDOWN:** The Republican National Convention, which kicks off in two weeks, officially takes over the Baird Center next to Fiserv Forum today. The Baird Center will be the media filing center during the convention. Also worth noting, the branding logo is up on Fiserv, too. *Pic!*

### BUSINESS OF POLITICS

— **Gov. JB Pritzker** will keynote the Ohio Dems Family Reunion, put on by the Ohio Democratic Party, on Saturday in Columbus, Ohio. New Jersey Sen. **Cory Booker** is also speaking. Funds raised from the event will help register and turn out voters this fall, according to organizers.

### THE STATEWIDES

— **Changes to driver's license eligibility for immigrants, gas tax hike on tap July 1:** "Motorists who are not U.S. citizens will be able to acquire a standard Illinois driver's license as the result of a law meant to alleviate a stigma for immigrants in their interactions with law enforcement and expand their abilities to seek consumer services," by the Tribune's Jeremy Gorner.

— **Full list of laws in effect on Jan. 1,** via ABC 7

— **Scott Fawell reflects on his prison time after Outcome Health execs are sentenced for their crimes:** The one-time chief of staff to former Secretary of State and Gov. George Ryan served time for racketeering and mail fraud nearly two decades ago. "That first day: The first thing you do when you walk into a prison setting, they strip-search you. It's your first rude awakening," Fawell told Crain's John Pletz.

— **Error in new lung transplant algorithm harmed sick and dying patients,** by the Tribune's Gregory Royal Pratt

— **Pritzker calls on Federal Office of Mine Safety to investigate Alton sinkhole collapse,** via WICS/WCCU

— **Illinois has worst economic health of any state in the US, according to WalletHub,** by the State Journal Register's Claire Grant

### SPOTTED

— **Gov. JB Pritzker** and first lady **MK Pritzker** attended Sunday's Rolling Stones concert at Soldier Field.

### CHICAGO

— **In Chicago's tent cities, 'a multitude of challenges' to address the city's rising homelessness:** "Sendy Soto, Chicago's chief homelessness officer, said the homeless in Chicago had nothing to fear from [last week's Supreme Court ruling that cities and states can ban homeless people from sleeping outside]. The city plans to stick with its housing-first approach to getting homeless people off the streets," by the Tribune's Caroline Kubzansky.

— **Clock has started on five-year plan that'll raise wages for Chicago's tipped workers:** "Starting July 1, the tipped minimum wage is increasing from $9.48 per hour to $11.02. Wages for tipped workers will continue to increase annually until 2028 in order to reach parity with the city's standard minimum wage," by the Sun-Times' Amy Yee.

### COOK COUNTY AND COLLARS

— **Highland Park shooting victim's family sues Smith & Wesson,** by the Daily Herald's Alicia Fabbre

### READER DIGEST

**We asked about your fix-it projects:**

**Charles Keller**: "For the second time in my life — and hopefully the last — I replaced a hot water heater. This time I had to learn to sweat copper to get it done."

**Jim Lyons**: "The faucet in the kitchen sink."

**Ed Mazur**: "Building a storage shed in our backyard."

**Marilynn Miller**: "I once installed laminate flooring in seven rooms myself. And last year, I refinished my dining room table. Turned out great."

**James Straus**: "I was determined to replace the plunger handle on my Japanese toilet at home. Three Home Depot visits later, the internet and AI photo search led me to the right place. I tried local first."

**Josh Witkowski:** "I'm currently replacing the water pump in my Harley Road Glide. It requires disassembly of over half the body of the motorcycle."

**NEXT QUESTION:** *What's your gardening repertoire? Email* *skapos@politico.com*

### THE NATIONAL TAKE

— **The absolute best VP options for Trump,** by POLITICO's Charlie Mahtesian

— **DOJ readying criminal charges against Boeing for prior deadly 737 MAX crashes,** by POLITICO's Oriana Pawlyk

— **Young men are swinging hard right in Korea. It's a warning for America,** by POLITICO's Catherine Kim

— **Far right victory leaves left-wing French supporters with bittersweet taste,** by POLITICO's Nicolas Camut

### TRANSITIONS

— **Jake Braun**, the acting deputy principal national cybersecurity director stepped down from his post on Friday, POLITICO's Maggie Miller reports for Pro subscribers. Victoria Dillon, spokesperson for the Office of the National Cyber Director said Braun is stepping down to return to Chicago, where he maintains a faculty position at the University of Chicago.

### TRIVIA

**FRIDAY's ANSWER:** Congrats to **John Fritchey** and **Tara Price** for correctly answering that Hertz got its start when Chicago rental car owner Walter Jacobs set up shop after working in the taxi business.

**TODAY's QUESTION:** *Who was the first Chicago alderman to be convicted of a crime?*

### HAPPY BIRTHDAY

Willkie Farr & Gallagher Midwest Chair **Craig Martin**, Illinois Gaming Board Policy Director **Joe Miller**, Assistant Public Defender **Lori Roper**, Chicago Booth Adjunct Professor of Entrepreneurship **Mark Tebbe** and **Barbara Stubblefield**, senior manager of community outreach at Ardmore Roderick.

-30-

---

# Follow us on Twitter

 **Shia Kapos @shiakapos**

best-of-the-1960s Document # Playbook of family32 of 38 PageID #:215

# Subscribe to the POLITICO Playbook family

**Playbook** | **Playbook PM** | **California Playbook** | **Florida Playbook** | **Illinois Playbook**

**Massachusetts Playbook** | **New Jersey Playbook** | **New York Playbook** | **Ottawa Playbook**

**Brussels Playbook** | **London Playbook**

**View all our political and policy newsletters**

## FOLLOW US

   

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

Exhibit E

NEWS   WEATHER   FEATURES   COMMUNITY   GAME CENTER   WATCH

NEWS

WEATHER

FEATURES

COMMUNITY

GAME CENTER

MONEY

CHIME IN

STATION

SPORTS

LAWMAKERS

LEGAL

## Gov. Pritzker Signs LGBTQ+ Affirming Bills in Honor of Pride Mor

by WICS/WCCU
Mon, July 1st 2024 at 9:35 AM

*Pride flag (Getty Images)*

ACCESSIBILITY

**Get Local Updates Instantly.**
Opt out anytime through your browser settings.

No, Thanks          Allow Notifications

*Pride flag (Getty Images){p}{/p}*

TOPICS:   PRITZKER   LGBTQ+   ILLINOIS   SB2930   HB5507   NONPROFITS   PRIDE   GENDER

SPRINGFIELD, Ill. (WICS) — Governor JB Pritzker signed SB2930 and HB5507 in advance of the 2024 Chicago Pride Parade.

SB2930 requires nonprofits to publicly report the aggregated demographic information about their boards of directors to encourage nonprofits to reflect the diversity of the communities they support.

HB5507 removes barriers to the process of changing legal gender on a birth certificate for Illinois residents born in other states.

"Here in Illinois, we reject hate, bigotry, and discrimination and embrace the ethos of Pride through not only our laws but through our actions and shared values," said Governor JB Pritzker. "These bills expand on my administration's work to better serve the LGBTQ+ community of Illinois, and I'm honored to sign them during this historic month of celebration and remembrance."

Illinois transge
from discrim
orders

Ce
Tw
Sto

Ret

bas
up

HB5507 clarifies that Illinois judges have the authority to issue documentation to support those gender marker corrections, allowing Illinois residents to access this change without the expense of returning to their state of origin.



SB2930 expands that requirement to include the leadership boards of nonprofits that report $1 million or more in annual grants.

**MORE TO EXPLORE**

**Sheriff releases video footage after inmate found dead**

**How to get a debit card**

**Gov. Pritzker's Statement on President Trump's Address to a Joint Session of Congress**

**SPONSORED CONTENT**                                                                                  by Taboola

**Cardiologists: Want To Stay Slim at 58? Do This Turmeric Trick Every Morning!**
Your Healthy News  SPONSORED                                                           Learn More

**These Are The Rolls-Royce Of Hearing Aids (And Under $100)**
Top Trending News Today  SPONSORED                                                      Learn More

**Audiologists: Don't Buy Expensive Hearing Aids (Do This Instead)**
Top Trending News Today  SPONSORED                                                      Learn More

AdChoices                                Sp

Fiverr. Expert freelance talent for every business    Get star

NEWS IN PHOTOS:    "Newsletter Daily"

Exhibit F

(https://www.wmay.com)

Search...

# As Pride Month ends, Pritzker signs new LGBTQ+ bills

by Newsroom(https://www.wmay.com/author/wmaynewsroom/)  |  June 30, 2024(https://www.wmay.com/2024/06/30/)  |
Contributor (https://www.wmay.com/category/contributors/contributor/), Government (https://www.wmay.com/category/news-
content-topics/news/government/), LGBTQAI+ (https://www.wmay.com/category/news-content-topics/news/lgbtqai/), Local
(https://www.wmay.com/category/news-content-topics/news/local-news/), News (https://www.wmay.com/category/news-content-
topics/news/), Politics (https://www.wmay.com/category/news-content-topics/news/government/politics/), State (Illinois)
(https://www.wmay.com/category/news-content-topics/news/locale/states/state/), Top Story (https://www.wmay.com/category/news-
content-topics/urgency-of-content/top-story/), Trending (https://www.wmay.com/category/news-content-topics/urgency-of-
content/trending/), WMAY Newsroom (https://www.wmay.com/category/news-sources/wmay-newsroom/)



GET THE LATEST NEWS: SUBSCRIBE NOW >
(HTTPS://WWW.WMAY.COM/EMAIL/)

## Summary

Two new pieces of legislation enhance rights and involvement of LGBTQIA+ Illinoisans

As [...] comes to a close, Illinois Governor JB Pritzker has signed two pieces of legislation to honor Pride Month

(https://www.wmay.com)

**Senate Bill 2930** requires nonprofits now publicly report demographic information about their boards of directors, helping to encourage nonprofits to reflect the diversity of the communities they aim to support.

In Illinois, certain private companies and boards and commissions are already required to report aggregated demographic data about their boards of directors, but SB2930 expands that requirement to include the leadership boards of nonprofits that report $1 million or more in annual grants. These statistics, available for at least three years on an organization's website, are intended to assess each nonprofit's leadership strengths and opportunities for growth and to implement strategies to recruit qualified individuals from diverse communities for board service.

**House Bill 5507** meanwhile formally removes several technical barriers to the process of changing legal gender on a birth certificate for Illinois residents born elsewhere in the country.

Many states require a court order to change one's legal gender marker on a birth certificate, creating a significant barrier to access for transgender individuals seeking to affirm their gender identity. HB5507 grants Illinois judges authority to issue documentation to support those gender marker corrections, allowing Illinois residents to access this change without the expense of returning to their state of origin.

"Here in Illinois, we reject hate, bigotry, and discrimination and embrace the ethos of Pride through not only our laws but through our actions and shared values," said Governor Pritzker. "These bills expand on my administration's work to better serve the LGBTQ+ community of Illinois, and I'm honored to sign them during this historic month of celebration and remembrance."

LGBT advocacy groups across the state praised the government for the new legislation.

Brian C. Johnson, CEO of Equality Illinois commented, "In a year when more than 500 anti-LGBTQ+ bills have been proposed by anti-equality, anti-family politicians in state capitols across the country, Illinois once again demonstrates, with Gov. Pritzker's approval of SB 2930 and HB 5507, that she is a national leader in welcoming and affirming LGBTQ+ people."

**f** Share on Facebook  (http://www.facebook.com/sharer.php?u=https%3A%2F%2Fwww.wmay.com%2F202

**X** Share on Twitter  (https://twitter.com/intent/tweet?text=As+Pride+Month+ends%2C+Pritzker+signs+new