# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>　　　　*Plaintiff*,<br>and<br><br>UNITED STATES OF AMERICA,<br>　　　　*Plaintiff-Intervenor*,<br>v.<br><br>STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois,<br>　　　　*Defendants*. | Case No. 1:25-cv-00669<br><br>Judge Coleman |

## UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION
## (RELIEF REQUESTED BY JULY 1, 2025)

Plaintiff-Intervenor United States, pursuant to Federal Rule of Civil Procedure 65, respectfully moves this Court for a preliminary injunction enjoining Defendants from enforcing Senate Bill 2930 (SB 2930). *See* 805 Ill. Comp. Stat. § 105/114.15. This Motion is supported by the attached Memorandum of Law in Support of United States' Motion for Preliminary Injunction.

WHEREFORE, the United States respectfully requests this Court enter a preliminary injunction enjoining Defendants from enforcing SB 2930 by July 1, 2025.

Date: April 8, 2025

                                    Respectfully submitted,

                                    CHAD MIZELLE
                                  Acting Associate Attorney General

                                  ABHISHEK S. KAMBLI
                                  Deputy Associate Attorney General

                                  HARMEET K. DHILLON
                                  Assistant Attorney General
                                  Civil Rights Division

                         By: <u>/s/ Hilary F. Pinion</u>
                                  HILARY F. PINION
                                  LOUIS WHITSETT
                                  Senior Trial Attorneys
                                  U.S. Department of Justice
                                  Civil Rights Division
                                  950 Pennsylvania Avenue, N.W.
                                  Washington, D.C.  20530
                                  Telephone: (202) 514-2151
                                  Email: Hilary.Pinion@usdoj.gov

                                  *Attorneys for Plaintiff-Intervenor*
                                  *United States of America*