**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br>     *Plaintiff*, <br> and <br><br> UNITED STATES OF AMERICA, <br><br>     *Plaintiff-Intervenor*, <br> v. <br><br> STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois, <br><br>     *Defendants*. | Case No. 1:25-cv-00669 <br><br> Judge Coleman |

## **UNITED STATES' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

  PLEASE TAKE NOTICE that, on April 15 at 10:00 AM, or as soon thereafter as counsel may be heard, PLAINTIFF-INTERVENOR UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION will be presented to Judge Sharon Johnson Coleman, or any other judge sitting on her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

Date: April 8, 2025

        Respectfully submitted,

        CHAD MIZELLE
        Acting Associate Attorney General

        ABHISHEK S. KAMBLI
        Deputy Associate Attorney General

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

By: /s/ Hilary F. Pinion
        HILARY F. PINION
        LOUIS WHITSETT
        Senior Trial Attorneys
        U.S. Department of Justice
        Civil Rights Division
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530
        Telephone: (202) 514-2151
        Email: Hilary.Pinion@usdoj.gov