# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

American Alliance For Equal Rights

                        Plaintiff,

v.                                                     Case No.: 1:25−cv−00669
                                                      Honorable Sharon Johnson Coleman

James Bennett, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court is in receipt of Plaintiff American Alliance For Equal Rights's amended complaint [59]. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the amended complaint shall be filed by 5/6/2025. Oral argument on 5/23/2025 at 1:00 PM is limited to the motion for preliminary injunction. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.