IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>          Plaintiff,<br><br>    v.<br><br>KWAME RAOUL, Attorney General of the State of Illinois; JAMES BENNETT, Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, Secretary of State of the State of Illinois; STATE OF ILLINOIS; J.B. PRITZKER, Governor of Illinois;<br><br>          Defendants,<br>    v.<br><br>UNITED STATES OF AMERICA<br><br>          Plaintiff-Intervenor. | Case No. 1:25-cv-669<br>Hon. Sharon Johnson Coleman |

**DEFENDANTS' AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION IN THEIR JOINT RESPONSE TO PLAINTIFF'S AND PLAINTIFF-INTERVENOR'S <u>MOTIONS FOR PRELIMINARY INJUNCTION</u>**

      Defendants Kwame Raoul, James Bennett, Alexi Giannoulias, and J.B. Pritzker, each in their official capacities, and the State of Illinois, by counsel, hereby move for leave to file a brief in opposition to Plaintiff's Motion for Preliminary Injunction and Plaintiff-Intervenor's Motion for Preliminary Injunction that exceeds the fifteen-page limit.

      Defendants seek to file a brief that is twenty pages, which is warranted given the complexity of the legal issues involved in this action and the significance of the issues that are

1

addressed. Defendants further submit that a twenty-page response is warranted given that their brief will respond to both Plaintiff's and Plaintiff-Intervenor's motions jointly, and therefore must address twenty-five cumulative pages of arguments.

On April 30, 2025, Defendants' counsel conferred with counsel for Plaintiff and Plaintiff-Intervenor, who indicated that their clients do not oppose this motion. Pursuant to the Court's standing order, Defendants will send a proposed order to Proposed_Order_Coleman@ilnd.uscourts.gov immediately after filing this motion, copying all counsel of record.

For these reasons, Defendants respectfully request that this Court grant their agreed motion for leave to exceed the page limitation.

Dated: April 30, 2025

KWAME RAOUL
*Attorney General of Illinois*

/s/ *Elizabeth Jordan*
Karyn L. Bass Ehler
Elizabeth H. Jordan
Holly F.B. Berlin
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
karyn.bassehler@ilag.gov
elizabeth.jordan@ilag.gov
holly.berlin@ilag.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on April 30, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                    By: /s/ *Elizabeth Jordan*
                                            Elizabeth Jordan
                                            Assistant Attorney General