# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

American Alliance For Equal Rights

                      Plaintiff,

v.                                                       Case No.: 1:25−cv−00669

                                                             Honorable Sharon Johnson Coleman

James Bennett, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court grants Defendants' unopposed motion to file excess pages in their joint response to Plaintiff and Plaintiff−Intervenor's motions for preliminary injunction [62]. In light of Plaintiff's recent filing of an amended complaint and Defendants' deadline to respond to it, which runs concurrently with deadlines related to briefing of the preliminary injunction motion, the Court also grants Defendants' motion for a four−day extension of time to file a response to Plaintiff and Plaintiff−Intervenor's motions for preliminary injunction [64]. Defendants have until 5/6/2025 to file a response to Plaintiff and Plaintiff−Intervenor's motions for preliminary injunction. The Court likewise extends Plaintiff and Plaintiff−Intervenor's deadline to file replies in support of their motions for preliminary injunction through 5/15/2025. Oral argument on the motions for preliminary injunction on 5/23/2025 at 1:00 PM stands. No appearance is necessary on 5/6/2025. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.