IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>*Plaintiff*,<br>and<br>UNITED STATES OF AMERICA,<br>*Plaintiff-Intervenor*,<br>v.<br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois.<br>*Defendants*. | Case No. 1:25-cv-669<br><br>Judge Coleman |

**RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Illinois' motion to dismiss the Alliance's original complaint, *see* MTD (Doc.56), is moot. The Alliance amended its complaint, *see* Am-Compl. (Doc.59), so no "'live dispute'" over the original complaint remains. *Rodriguez v. Xerox Bus. Servs., LLC*, 2016 WL 8674378, at *1 (W.D. Tex. June 16); *accord Ayoubi v. Dart*, 2015 WL 1257666, at *1 (N.D. Ill. Mar. 16) (amended complaint "moots a motion to dismiss a prior complaint"); *Daniel v. Cook Cnty.*, 2014 WL 334635, at *3 (N.D. Ill. Jan. 29) (same). This Court appears to agree, as it directed Illinois to "respon[d] to [the Alliance's] amended complaint." Doc.60 at 1; *accord* Doc.66 at 1. And Illinois appears to agree, as it suggested that it was drafting a new motion to dismiss. Doc.64 at 2 ¶5. But in an abundance of caution, the Alliance asks this Court to deny Illinois' motion to dismiss the Alliance's original complaint as moot.

1

Dated: May 6, 2025

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy*
Cameron T. Norris*
Matt Pociask**
R. Gabriel Anderson*
Marie E. Sayer*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
matt@consovoymccarthy.com
gabe@consovoymccarthy.com
mari@consovoymccarthy.com

*Admitted *pro hac vice*
**Admitted to the Northern District of Illinois

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify on May 6, 2025, a true and correct copy of this document and all related attachments were served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Cameron T. Norris*
Counsel for Plaintiff

2