IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KWAME RAOUL, Attorney General of the State of Illinois; JAMES BENNETT, Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, Secretary of State of the State of Illinois; STATE OF ILLINOIS; J.B. PRITZKER, Governor of Illinois;<br><br>　　　　　Defendants,<br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff-Intervenor. | Case No. 1:25-cv-669<br>Hon. Sharon Johnson Coleman |

## **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT UNDER RULES 12(B)(1) AND 12(B)(6)**

Defendants State of Illinois; James Bennett, in his official capacity as Director of the Illinois Department of Human Rights; Kwame Raoul, in his official capacity as Attorney General of Illinois; Alexi Giannoulias, in his official capacity as Illinois Secretary of State; and J.B. Pritzker, in his official capacity as Governor of Illinois; respectfully request that this Honorable Court dismiss Plaintiff's amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: May 6, 2025

                                                                            Respectfully submitted,

                                                                            KWAME RAOUL
*Attorney General of Illinois*

                                                                            */s/ Elizabeth H. Jordan*
Karyn L. Bass Ehler
Elizabeth H. Jordan
Holly F.B. Berlin
Office of the Illinois Attorney General
115 S LaSalle Street
Chicago, IL 60603
312-814-3000
karyn.bassehler@ilag.gov
elizabeth.jordan@ilag.gov
holly.berlin@ilag.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on May 6, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

      By: */s/ Elizabeth H. Jordan*
      Elizabeth H. Jordan
      Assistant Attorney General