IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff*, <br> and <br><br> UNITED STATES OF AMERICA, <br> *Plaintiff-Intervenor*, <br><br> v. <br><br> STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois, <br> *Defendants*. | Case No. 1:25-cv-00669 <br><br> Judge Coleman |

## DECLARATION OF R. GABRIEL ANDERSON

I, R. Gabriel Anderson, declare as follows:

    1.    I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

    2.    I am an attorney at Consovoy McCarthy PLLC. I am counsel in this case for the American Alliance for Equal Rights.

    3.    I submit this declaration in support of the Alliance's response in opposition to Illinois' motion to strike. The following material is attached as an exhibit in support of that opposition.

1

2

4. Exhibit A is a true and correct copy of an email exchange between the Alliance's and Illinois' counsel on April 17, 2025.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 14, 2025

*/s/ R. Gabriel Anderson*
Attorney for Plaintiff

# Exhibit A



**Cam Norris <cam@consovoymccarthy.com>**

## AAER v. Raoul: Protective Order

**Jordan, Elizabeth** <Elizabeth.Jordan@ilag.gov>   Thu, Apr 17, 2025 at 4:17 PM
To: Cam Norris <cam@consovoymccarthy.com>, "Bass-Ehler, Karyn" <Karyn.BassEhler@ilag.gov>, "Berlin, Holly" <Holly.Berlin@ilag.gov>, "hilary.pinion@usdoj.gov" <hilary.pinion@usdoj.gov>, "louis.whitsett@usdoj.gov" <louis.whitsett@usdoj.gov>
Cc: Thomas McCarthy <tom@consovoymccarthy.com>, Gabe Anderson <gabe@consovoymccarthy.com>, Matt Pociask <matt@consovoymccarthy.com>

Counsel,

Thank you for your email. We cannot agree to your proposed accommodation. As noted in our motion to dismiss, judicial proceedings are, by default, open and accessible "to enable the proceedings to be monitored by the public." *Doe v. City of Chicago*, 360 F.3d 667, 669 (7th Cir. 2004). We continue to believe that AAER's members' identities are important facts of the case, and that AAER has not made the requisite showing that the extraordinary course of proceeding anonymously is appropriate here. As such, we do not believe a protective order would cure the concerns we raised in our motion.

Best,

Elizabeth

**Elizabeth Jordan** (she/her)
Assistant Attorney General
Special Litigation Bureau
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
872-276-3629
Elizabeth.jordan@ilag.gov

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Illinois Attorney General. Thank you for your cooperation.

**From:** Cam Norris <cam@consovoymccarthy.com>
**Sent:** Thursday, April 17, 2025 11:23 AM
**To:** Bass-Ehler, Karyn <Karyn.BassEhler@ilag.gov>; Jordan, Elizabeth <Elizabeth.Jordan@ilag.gov>; Berlin, Holly <Holly.Berlin@ilag.gov>; hilary.pinion@usdoj.gov; louis.whitsett@usdoj.gov

**Cc:** Thomas McCarthy <tom@consovoymccarthy.com>; Gabe Anderson <gabe@consovoymccarthy.com>; Adam Mortara <adam@mortaralaw.com>; Matt Pociask <matt@consovoymccarthy.com>
**Subject:** [EXTERNAL] AAER v. Raoul: Protective Order

Friends at Illinois and the United States:

In its motion to dismiss, Illinois has raised the argument that AAER lacks standing because it refers to its members with pseudonyms. Though AAER disagrees with that argument, it could agree to an accommodation where the members' identities are disclosed under a suitable protective order. The protective order would designate the names of these nonprofits (and affiliated persons) attorney's eyes only. So their identities could be disclosed only to the Court (under seal) and as necessary to the parties and their litigating counsel.

If that idea is agreeable in principle, we are happy to circulate a draft. Please let me know as soon as you can, given the relatively tight schedule.

--
Cameron T. Norris
**Consovoy McCarthy PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703.243.9423 (office)
www.consovoymccarthy.com