# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

American Alliance For Equal Rights

                      Plaintiff,

v.                                             Case No.: 1:25−cv−00669

                                                        Honorable Sharon Johnson Coleman

James Bennett, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Oral arguments held on 5/23/2025 as to defendants' motion to strike plaintiff's unsworn anonymous declarations [71], plaintiff's motion for preliminary injunction [44], and intervenor plaintiff's motion for preliminary injunction [49]. The Court takes the matter under advisement. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.