**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br> *Plaintiff*, <br> and <br><br> UNITED STATES OF AMERICA, <br> *Plaintiff-Intervenor*, <br><br> v. <br><br> STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois. <br> *Defendants*. | Case No. 1:25-cv-669 <br><br> Judge Coleman |

**NOTICE OF APPEAL**

Plaintiff, the American Alliance for Equal Rights, now appeals to the U.S. Court of Appeals for the Seventh Circuit this Court's memorandum opinion and order on August 20, 2025, which among other things denies Plaintiff's motion for a preliminary injunction. Doc.100.

1

Dated: August 21, 2025

Respectfully submitted,

/s/ Cameron T. Norris
Thomas R. McCarthy*
Cameron T. Norris**
R. Gabriel Anderson*
Marie E. Sayer*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Admitted *pro hac vice*
**Admitted to the Northern District of Illinois

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

On August 21, 2025, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

/s/ Cameron T. Norris
Counsel for Plaintiff