IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>*Plaintiff*,<br>and<br>UNITED STATES OF AMERICA,<br>*Plaintiff-Intervenor*,<br>v.<br>STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois.<br>*Defendants*. | Case No. 1:25-cv-00669<br><br>Judge Coleman |

**NOTICE OF APPEAL**

Plaintiff-Intervenor, the United States of America, now appeals to the United States Court of Appeals for the Seventh Circuit this Court's memorandum opinion and order on August 20, 2025, which, among other things, grants Defendants' Motion to Dismiss the United States' Amended Complaint in Intervention and denies the United States' Motion for Preliminary Injunction as moot. Doc. 100. The Court had previously granted the United States' Motion to Intervene. Doc. 25. The Seventh Circuit has jurisdiction over this interlocutory appeal under 28 U.S.C. § 1292(a)(1) as an appeal of a denial of preliminary injunction.

1

Dated: August 25, 2025	Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK S. KAMBLI
Deputy Associate Attorney General

HARMEET K. DHILLON
Assistant Attorney General,
Civil Rights Division


By: /s/ Louis Whitsett
LOUIS WHITSETT
Senior Trial Attorney
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-5828
Email: Louis.Whitsett@usdoj.gov

*Attorneys for Plaintiff-Intervenor
United States of America*