**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, and UNITED STATES OF AMERICA, *Plaintiff-Intervenor*, v. STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois. *Defendants*. | Case No. 1:25-cv-669 Judge Coleman |

**NOTICE OF UNOPPOSED MOTION TO STAY THE DISTRICT COURT
PROCEEDINGS PENDING APPEAL**

Please take notice that on August 29, 2025, at 10:00am or as soon thereafter as counsel may be heard, the Alliance's unopposed motion to stay the district court proceedings pending appeal will be presented to Judge Sharon Johnson Coleman, or any other judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

<table>
<tr><td>Dated: August 28, 2025</td><td>Respectfully submitted,<br><br>/s/ Cameron T. Norris<br>Thomas R. McCarthy*<br>Cameron T. Norris**<br>R. Gabriel Anderson*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>tom@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>gabe@consovoymccarthy.com<br><br>*Admitted *pro hac vice*<br>**Admitted to the Northern District of Illinois<br><br>*Counsel for Plaintiff*</td></tr>
</table>

## CERTIFICATE OF SERVICE

On August 28, 2025, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

/s/ Cameron T. Norris
Counsel for Plaintiff
