# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

August 26, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-2487
>
> Caption:
> AMERICAN ALLIANCE FOR EQUAL RIGHTS,
>     Plaintiff
>
> and
>
> UNITED STATES OF AMERICA,
>     Intervening Plaintiff - Appellant
>
> v.
>
> STATE OF ILLINOIS, et al.,
>     Defendants - Appellees
>
> ---
>
> District Court No: 1:25-cv-00669
> District Judge Sharon Johnson Coleman
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 08/25/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)