# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

American Alliance For Equal Rights
                                                          Plaintiff,

v.                                                        Case No.: 1:25−cv−00669
                                                               Honorable Sharon Johnson Coleman

James Bennett, et al.
                                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court accepts and enters the parties' stipulation filed at Docket No. 108. As a result, among other things, the Court stays enforcement of 805 ILCS 105/114.15, also referred to as SB 2930, against Members A and B until Plaintiff's motion for preliminary injunction has been finally resolved, as defined in the stipulation. The Court also grants the parties' unopposed motion to stay all district court proceedings pending appeal [109], but imposes a different deadline by which to amend the pleadings in the event this Court is reversed. This Court gave American Alliance and the United States 14 days to amend from the date of this Court's Opinion, August 20, 2025. American Alliance filed its notice of appeal the following day, on August 21, 2025; the United States filed its notice of appeal on August 25, 2025. The Court reduces the time to amend by the number of days each took to file a notice of appeal. Thus, should this Court's decision be reversed, American Alliance will have 13 days from such decision to amend its complaint, and the United States will have 9 days to amend. No appearance necessary on 8/29/2025. Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.