# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, and UNITED STATES OF AMERICA, *Plaintiff-Intervenor*, v. STATE OF ILLINOIS, et al. *Defendants*. | Case No. 1:25-cv-669 Hon. Sharon Coleman |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorneys Matthew Pociask and Cameron Norris respectfully submit this Notice of Withdrawal and Substitution of Counsel for Plaintiff in the above-captioned matter. Attorney Cameron Norris is substituted as the attorney of record upon Mr. Pociask's withdrawal. Mr. Norris is of the same firm as Mr. Pociask and is admitted to the general bar of the Northern District of Illinois. In addition to Mr. Norris, attorneys Thomas McCarthy, Marie Sayer, and Gabriel Anderson will continue to represent Plaintiff in this case.

Dated: February 11, 2026 Respectfully submitted,

    */s/ Cameron Norris*
Cameron Norris
Matthew Pociask
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed this notice with the Clerk of the Court by using the ECF system, which will send notification of such filing to all counsel of record.

Dated: February 11, 2026     */s/ Cameron Norris*
    Cameron Norris
    CONSOVOY MCCARTHY PLLC