FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KWAME RAOUL, Attorney General of the State of Illinois; JAMES BENNETT, Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, Secretary of State of the State of Illinois; STATE OF ILLINOIS; J.B. PRITZKER, Governor of Illinois;<br><br>　　　　　Defendants,<br>　　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff-Intervenor. | Case No. 1:25-cv-669<br>Hon. Sharon Johnson Coleman |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Karyn L. Bass Ehler respectfully requests that this Court allow her to withdraw from representation of the Defendants in the above-captioned matter. In support of this motion, counsel states as follows:

1. Since February 13, 2025, Karyn L. Bass Ehler has been one of the attorneys of record for Plaintiffs.

2. Ms. Bass Ehler will be leaving the Office of the Illinois Attorney General on April 8, 2026. Shortly thereafter she will begin working as a Magistrate Judge in the Northern District of Illinois.

3. Plaintiffs will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Defendants respectfully request that the Court grant Karyn L. Bass Ehler leave to withdraw as one of the attorneys of record in this action.

Dated: March 13, 2026

    Respectfully submitted,

    KWAME RAOUL
    Attorney General for the State of Illinois

    By:   /s/ *Karyn L. Bass Ehler*
        Karyn L. Bass Ehler
        Assistant Chief Deputy Attorney General
        115 S. LaSalle Street
        Chicago, Illinois 60603
        (312) 814-3000
        Karyn.bassehler@ilag.gov

## CERTIFICATE OF SERVICE

    I, Karyn L. Bass Ehler, an attorney, certify that on March 13, 2026 I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Karyn L. Bass Ehler
Assistant Attorney General

3