**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-669 |
| KWAME RAOUL, Attorney General of the State of Illinois; JAMES BENNETT, Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, Secretary of State of the State of Illinois; STATE OF ILLINOIS; J.B. PRITZKER, Governor of Illinois; | Hon. Sharon Johnson Coleman |
| Defendants, | |
| v. | |
| UNITED STATES OF AMERICA | |
| Plaintiff-Intervenor. | |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **March 31, 2026** at **10:00 a.m.**, we shall appear before Honorable Sharon Johnson Coleman, or any other judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse located at 219 S. Dearborn St., Chicago, Illinois 60604, to present the concurrently filed **MOTION TO WITHDRAW AS COUNSEL**, a copy of which has been served upon you via the Court's CM/ECF system.

DATE: March 13, 2026

Respectfully submitted,

KWAME RAOUL

Attorney General for the State of Illinois

By:  /s/ *Karyn L. Bass Ehler*

Karyn L. Bass Ehler
Assistant Chief Deputy Attorney General
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Karyn.bassehler@ilag.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Karyn L. Bass Ehler, an attorney, certify that on March 13, 2026 I caused the foregoing **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Karyn L. Bass Ehler
Assistant Attorney General