# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

American Alliance For Equal Rights
                        Plaintiff,

v.                                                Case No.: 1:25−cv−00669
                                                  Honorable Sharon Johnson Coleman

James Bennett, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Karyn L. Bass Ehler's motion to withdraw as counsel. [115] is granted. Attorney Karyn L Bass Ehler terminated. No appearance necessary on 3/31/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.