**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: American Alliance for Equal Rights v. Bennett

Case Number: 1:25-cv-00669

An appearance is hereby filed by the undersigned as attorney for:

United States of America

Attorney name (type or print): Carrie Pagnucco

Firm: U.S. Department of Justice, Civil Rights Division

Street address: 950 Pennsylvania Ave NW

City/State/Zip: Washington, DC 20530

Bar ID Number: NY Bar Reg. No. 4774790    Telephone Number: 202-532-3898
(See item 3 in instructions)

Email Address: carrie.pagnucco@usdoj.gov

Are you acting as lead counsel in this case?          ☑ Yes    ☐ No

Are you a member of the court's general bar?          ☐ Yes    ☑ No

Are you a member of the court's trial bar?            ☐ Yes    ☑ No

Are you appearing *pro hac vice*?                     ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  May 8, 2026

Attorney signature:     S/ Carrie Pagnucco
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023