**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>                              *Plaintiff,*<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>                              *Plaintiff-Intervenor*,<br><br>v.<br><br>STATE OF ILLINOIS, et al.<br><br>                              *Defendants.* | Case No. 1:25-cv-00669<br><br>Judge Coleman |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, I, Louis Whitsett, attorney for the United States Department of Justice, respectfully submits this Notice of Withdrawal and Substitution of Counsel for Plaintiff-Intervenor United States of America in the above-captioned matter. Attorney Carrie Pagnucco, who has filed her notice of appearance in this matter (ECF No. 118), is substituted for Mr. Whitsett as an attorney of record for Plaintiff-Intervenor upon Mr. Whitsett's withdrawal. Ms. Pagnucco and Mr. Whitsett are of the same firm, i.e., the United States Department of Justice.

Dated: May 11, 2026

                              Respectfully submitted,

                               /s/ Louis Whitsett
                              LOUIS WHITSETT
                              Senior Trial Attorney

U.S. Department of Justice
Civil Rights Division
150 M Street, N.E., Room 9.141
Washington, DC 20530
Phone: (202) 303-5828
Fax: (202) 514-1005
Email: louis.whitsett@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of May 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

/s/ Louis Whitsett
LOUIS WHITSETT
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
150 M Street, N.E., Room 9.141
Washington, DC 20530

2