**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br>                    *Plaintiff,* <br> and <br><br> UNITED STATES OF AMERICA, <br><br>                  *Plaintiff-Intervenor,* <br> v. <br><br> STATE OF ILLINOIS, et al. <br><br>                  *Defendants.* | Case No. 1:25-cv-00669 <br><br> Judge Coleman |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Hilary Pinion, attorney for the United States Department of Justice, withdraws as an attorney of record for Plaintiff-Intervenor United States in the above-captioned matter and is substituted by Carrie Pagnucco. Ms. Pagnucco filed her notice of appearance in this matter on May 8, 2026. (Dkt. No. 118). Ms. Pagnucco and Ms. Pinion are both attorneys of the same firm, *i.e.*, the United States Department of Justice.

1

Dated: August 13, 2026

Respectfully submitted,

/s/ Carrie Pagnucco
CARRIE PAGNUCCO
Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 532-3898
Fax:(202) 514-1116
E-mail: carrie.pagnucco@usdoj.gov

*Attorney for Plaintiff-Intervenor*
*United States of America*

CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of August 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will notify all counsel of record.

/s/ Carrie Pagnucco
CARRIE PAGNUCCO
Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Phone: (202) 532-3898
Fax:(202) 514-1116
E-mail: carrie.pagnucco@usdoj.gov

*Attorney for Plaintiff-Intervenor*
*United States of America*