**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>KWAME RAOUL, Attorney General of the State of Illinois; JAMES BENNETT, Director of the Illinois Department of Human Rights; and ALEXI GIANNOULIAS, Secretary of State of the State of Illinois; STATE OF ILLINOIS; J.B. PRITZKER, Governor of Illinois;<br><br>Defendants,<br>v.<br><br>UNITED STATES OF AMERICA<br><br>Plaintiff-Intervenor. | Case No. 1:25-cv-669<br>Hon. Sharon Johnson Coleman |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorney Elizabeth H. Jordan respectfully requests that this Court allow her to withdraw from representation of the Defendants in the above-captioned matter. In support of this motion, counsel states as follows:

1. Since February 14, 2025, Elizabeth H. Jordan has been one of the attorneys of record for Plaintiffs.
2. Ms. Jordan will be leaving the Office of the Illinois Attorney General on October 15, 2026.

3. Plaintiffs will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Defendants respectfully request that the Court grant Elizabeth H. Jordan leave to withdraw as one of the attorneys of record in this action.

Dated: October 15, 2026

Respectfully submitted,

KWAME RAOUL
Attorney General for the State of Illinois

By: */s/ Elizabeth H. Jordan*

Elizabeth H. Jordan
Senior Social Equity Counsel
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 814-3000
Elizabeth.Kellom@ilag.gov

## CERTIFICATE OF SERVICE

I, Elizabeth H. Jordan, an attorney, certify that on October 15, 2026 I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Elizabeth H. Jordan
Senior Social Equity Counsel