**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

American Alliance For Equal Rights
Plaintiff,
v.
Case No.: 1:25−cv−00669
Honorable Sharon Johnson Coleman
James Bennett, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Elizabeth H. Jordan's motion to withdraw as counsel [123] is granted. Attorney Elizabeth H. Jordan terminated. No appearance necessary on 10/20/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.