**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, | |
| and | Case No. 1:25-cv-669 |
| UNITED STATES OF AMERICA, *Plaintiff-Intervenor*, | Judge Coleman |
| v. | |
| STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois. *Defendants.* | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' AMENDED COMPLAINTS**

The Alliance respectfully asks the Court to modify the current schedule and extend the deadline for Plaintiff and Plaintiff-Intervenor to amend their complaints to December 18, 2026. After the Court resolved the parties' dispositive motions, it "stay[ed] all district court proceedings pending appeal." Doc.112 at 1. The Court added: "[S]hould this Court's decision be reversed, American Alliance will have 13 days from such decision to amend its complaint, and the United States will have 9 days to amend." *Id*. The Seventh Circuit reversed this Court's decision on November 18. *See AAER v. Illinois*, 2026 WL 3545007 at *7 (7th Cir.). So the Alliance's amended complaint is due December 1, and the United States's amended complaint is due November 27.

Extending both of those deadlines to December 18 is appropriate because counsel face a high number of overlapping deadlines. Lead counsel for Plaintiffs, Cameron Norris, remains in

active discovery, with many depositions and other discovery disputes, in *Andav Capital v. PayPal Holdings*, No. 25-33 (S.D.N.Y.), *Do No Harm v. David Geffen School of Medicine at UCLA*, No. 25-4131 (C.D. Cal.), and *Do No Harm v. Find a Black Doctor*, No. 26-4152 (S.D.N.Y.). And counsel also hopes to reduce conflicts with the approaching legal holidays, Thanksgiving Day and Christmas Day.

The undersigned has conferred with the other parties' counsel, and no party opposes the extensions. The requested extensions are in the interest of justice. They are not for delay. And no party will be prejudiced if the Court grants them.

Dated: November 24, 2026

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy*
Cameron T. Norris**
R. Gabriel Anderson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com

*Admitted *pro hac vice*
**Admitted to the Northern District of Illinois

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

On November 24, 2026, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

*/s/ Cameron T. Norris*
Counsel for Plaintiff