**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>*Plaintiff*,<br>and<br><br>UNITED STATES OF AMERICA,<br>*Plaintiff-Intervenor*,<br><br>v.<br><br>STATE OF ILLINOIS; JB PRITZKER, in his official capacity as Governor of the State of Illinois; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; and ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois.<br>*Defendants.* | Case No. 1:25-cv-669<br><br>Judge Coleman |

**NOTICE OF UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' AMENDED COMPLAINTS**

Please take notice that on December 1, 2026, at 10:00am or as soon thereafter as counsel may be heard, the Alliance's unopposed motion to extend the deadline to file Plaintiffs' amended complaints will be presented to Judge Sharon Johnson Coleman, or any other judge sitting in her stead, in Room 1241 of the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: November 24, 2026

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy*
Cameron T. Norris**
R. Gabriel Anderson*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com

*Admitted *pro hac vice*
**Admitted to the Northern District of Illinois

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

On November 24, 2026, I e-filed this document with the Court, which automatically emailed everyone requiring notice.

*/s/ Cameron T. Norris*
Counsel for Plaintiff