**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

American Alliance For Equal Rights
Plaintiff,
v.
James Bennett, et al.
Defendant.

Case No.: 1:25−cv−00669
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff American Alliance for Equal Rights motion for extension of time to amend complaint is granted [129]. Plaintiff's amended complaint shall be filed by 12/18/2026. The presentment set for 12/1/2026 at 10:00 AM is stricken; no appearance necessary. An in−person status hearing is set for 12/11/2026 at 10:00 AM. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.